# WUNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                                    Case No. 3:21cr46/MCR

DEANGELO DEON BELL
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the Chief United States Magistrate Judge (ECF No. 30), to which there have been no timely filed objections, the plea of guilty of the Defendant, **DEANGELO DEON BELL,** to Count One of the Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 10th day of December 2021.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**